

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re Gilead Sciences, Inc.

No. 06-21-00030-CV

Original Mandamus Proceeding

Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the Relator's petition for writ of mandamus should be conditionally granted, and we direct the trial court to (1) to withdraw the April 5 order denying Gilead's motion for a stay of proceedings and (2) to enter an order granting Gilead's motion to stay proceedings until entry of final judgment in the Pennsylvania Action. The writ will issue only if the trial court fails to act in accordance with this opinion.

RENDERED SEPTEMBER 30, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk